# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellant,

v.

**ASSOCIATESMD MEDICAL GROUP, LLC** a/a/o
**LEYA DE ARAUJO AZEVEDO,**
Appellee.

No. 4D2022-1426

[January 8, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Tabitha Blackmon, Judge; L.T. Case No. COWE20-021736.

Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick PA, St. Petersburg, and Olga Acosta Farmer of Law Offices of Sanabria & Marsh, Oklahoma City, Oklahoma, for appellant.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellee.

## *ON CONFESSION OF ERROR*

PER CURIAM.

Security National Insurance Company appeals from a final summary judgment declaring the proper reimbursement rate for medical services provided by AssociatesMD Medical Group, LLC under the terms of the personal injury protection (PIP) provisions of the automobile insurance policy that Security National issued to Leya de Araujo Azevedo. We accept AssociatesMD's confession of error pursuant to the Florida Supreme Court's opinion in *Allstate Insurance Company v. Revival Chiropractic, LLC*, 385 So. 3d 107 (Fla. 2024). We thus reverse the trial court's summary judgment. On remand, the trial court is directed to enter judgment in Security National's favor, utilizing the reimbursement calculation methodology consistent with the insurance policy's terms, as stipulated to by AssociatesMD's confession of error.

*Reversed and remanded with instructions.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*